JS - 6

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-1948 GAF (OPx) | Date | January 6, 2010 |
|---|---|---|---|
| Title | Thomas H Pruitt v. Impac Funding Corporation et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**      (In Chambers)

### ORDER RE: REMAND

    Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and GMAC Mortgage, LLC filed a motion to dismiss Plaintiff's complaint on November 3, 2009. (Docket No. 7.)  Plaintiff failed to file an opposition to Defendants' motion.  On December 8, 2009, the Court granted Defendants' motion to dismiss Plaintiff's first and fourth causes of action with leave to amend, and dismissed the eighth cause of action with prejudice.  (Docket No. 13.)  Because Plaintiff failed to adequately plead a federal claim, the Court did not address the remaining state law causes of action in the complaint. Plaintiff was given leave to amend his complaint by **January 4, 2010**.  However, the Court indicated that if Plaintiff failed to timely amend to state a federal cause of action, then the Court would exercise its discretion under 28 U.S.C. § 1367(c) to remand the remaining state law claims.

    Plaintiff has failed to file a timely amendment to his complaint.  Thus, because Plaintiff has failed to allege a federal cause of action, the Court **REMANDS** the case to state court pursuant to 28 U.S.C. § 1367(c).

    **IT IS SO ORDERED.**